IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )           8:10CR71
                               )
       v.                      )
                               )
RAUL AMAYA ORELLANO,           )           ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial date (Filing No. 21). The Court notes defendant has filed a waiver of speedy trial (Filing No. 22). Accordingly,

IT IS ORDERED that the motion is granted; trial is rescheduled for:

**Monday, July 12, 2010, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will accommodate the schedule of the Court, and the parties will have time to prepare for trial or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between May 24, 2010, and July 12, 2010, shall be deemed excludable time

in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court