IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR71 |
| | ) | |
| v. | ) | |
| | ) | |
| RAUL AMAYA-ORELLANO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter was before the Court for hearing on September 18, 2013, on the amended petition for warrant or summons for offender under supervision (Filing No. 56). The United States was represented by Michael P. Norris, Assistant United States Attorney. Defendant was represented by Amber D. Morris.

Defendant previously admitted allegations 1 through 4 of the petition for warrant or summons for offender under supervision (Filing No. 41) and now admits Allegation No. 5 of the amended petition. The Court accepts the admission and finds that the defendant is in violation of his supervised release. Accordingly,

IT IS ORDERED that the defendant's supervised release is hereby revoked. Defendant is sentenced to the custody of the United States Bureau of Prisons for a term of four months. This

four-month term of imprisonment shall be served consecutively to the six-month term of incarceration imposed on the defendant in 8:13CR170.

DATED this 20th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

```
                              _____
                              Signature of Defendant
```

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

```
                              UNITED STATES WARDEN


                              By:_____
```

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

```
                              UNITED STATES WARDEN


                              By: _____
```